

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | W.SIMONE NICHOLSON<br>*Special Assistant Corporation Counsel*<br>(212) 356-2394<br>Mobile: (646) 391-6899 |
|---|---|---|

February 2, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *L.A. & A.S. v. N.Y.C. Dep't of Educ.*, 21-cv-8521(PAE)(RWL)

Dear Judge Engelmayer:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia M. Pestana, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq., as well as for this action.

  The parties write to respectfully request a 30-day adjournment of the initial conference set for February 4, 2022. This is the first request for an adjournment and Plaintiff's counsel consents. As the Court is aware, liability is not at issue, and the parties believe they will be able to resolve this matter without need for Court intervention. Therefore, the parties respectfully request that a next status letter be due by March 6, 2022, either informing the Court that the case has been fully resolved, or, proposing a briefing schedule on the issue of reasonable attorneys' fees and costs

  Thank you for considering this submission.

              Respectfully submitted,
              _____/s/_____
              W. Simone Nicholson
              Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)

Granted. The initial pretrial conference is hereby adjourned until March 8, 2022 at 11 a.m. The parties are directed to submit the required submissions, *see* Dkt. 12, by March 3, 2022. SO ORDERED.

              *Paul A. Engelmayer*
              _____
              PAUL A. ENGELMAYER
              United States District Judge
              2/2/22