

| | | |
|---|---|---|
| **SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **W. SIMONE NICHOLSON**<br>*Special Assistant Corporation Counsel*<br>(212) 356-2394<br>Mobile: (646) 391-6899 |

March 3, 2022

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *L.A. & A.S. v. N.Y.C. Dep't of Educ.*, 21-cv-8521(PAE)(RWL)

Dear Judge Engelmayer:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiffs seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq., as well as for this action.

The parties write to respectfully request an adjournment of the initial conference set for March 8, 2022 *sine die*. This is the second request for an adjournment, and Plaintiffs' counsel consents. The first request was made on February 2, 2022 and granted that same day (ECF 15). The parties are actively working to resolve this matter and expect to do so without use of the Court's resources. Defendant notes that all of the many dozens of similar IDEA fees-only cases brought by the Dayan firm have settled over the past several years without the need for Court intervention, motion practice or conferences, and we expect this case to take that same course.

Accordingly, the parties respectfully request an adjournment of the March 8 conference *sine die*, with a status letter due by April 4, 2022, either informing the Court that the case has been fully resolved, or, proposing a briefing schedule on the issue of reasonable attorneys' fees and costs.

Thank you for considering this request.

Respectfully submitted,
/s/
W. Simone Nicholson
Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)

Granted. The initial pretrial conference scheduled for March 8, 2022 is hereby adjourned *sine die*. The parties are directed to submit a letter by April 4, 2022, informing the Court as to the status of this case. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
3/3/22